# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TYLER SIMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-03011-ELR-AJB |
| NEWREZ, LLC, d/b/a SHELLPOINT MORTGAGE SERVICING, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Tyler Sims, respectfully notifies the court that he has resolved his claims against the Defendant, NewRez, LLC d/b/a Shellpoint Mortgage Servicing and that the parties are in the process of finalizing the settlement. Each party will bear its own attorneys' fees and court costs. The parties will present dismissal documents to the court as soon as possible. The parties request that the court retain jurisdiction for any matters related to completing or enforcing the settlement.

Dated: March 11, 2022

Respectfully submitted,

By: /s/ *Robert C. Khayat, Jr.*
Robert C. Khayat, Jr., G.A. Bar No. 416981
KHAYAT LAW FIRM
75 Fourteenth Street, N.E., Suite 2750
Atlanta, Georgia 30309
Telephone: (404) 978-2750
Facsimile: (404) 978-2901
Email: rkhayat@khayatlawfirm.com
*Counsel for Plaintiff*

## LOCAL RULE 5.1 CERTIFICATEION

I hereby certify Joint Notice of Settlement has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

/s/ *Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.,
Georgia Bar #416981

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 11th day of March, 2022.

By: /s/ *Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.,
Georgia Bar #416981